In the Matter of the Application of SILAS MASON COMPANY, Respondent, *v.* CHARLES W. BERRY, as Comptroller of the City of New York, et al., Appellants.

(Argued June 10, 1930; decided July 8, 1930.)

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Milton I. Hauser* and *Joseph T. Flynn* of counsel), for appellants.

*Harold J. Cloutman* and *William G. Fullen* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the ground mandamus is not the proper remedy; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.